In the Matter of the Application of M. J. Walsh, as Deputy Comptroller, etc., for an Order Transferring Certain Court and Trust Funds from the New York Life Insurance and Trust Company, etc., to the Chamberlain, etc. (Kings County Proceeding.) — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of the Application of M. J. Walsh, as Deputy Comptroller, etc., for an Order Transferring Certain Court and Trust Funds from the New York Life Insurance and Trust Company, etc., to the Chamberlain, etc. (Queens County Proceeding.) — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Lena Kratenstein, Appellant, v. Lena Weiss, Respondent. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Herman Lazarus, an Infant, etc., Appellant, v. Antonio Eisler and Another, Copartners, etc., Respondents. — Motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

John McCann and Others, as Executors, etc., Respondents, v. James Sullivan, Appellant, Impleaded with Others. — Motions denied, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Julia McCloskey, Plaintiff, v. Alexander S. Lyman and Others, Defendants. — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

William Meyers, Appellant, v. Max Mantell, Respondent. — Motion denied, without costs, without prejudice to renew at the Appellate Term. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Adam Partenfelder, Plaintiff, v. Isadore Finkler, Defendant. — Motion denied, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Francis Pierpoint, an Infant, etc., Respondent, v. Fifth Avenue Coach Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Stephen Kramer, Appellant. — Motion denied on condition that the appellant perfect his appeal, place the case upon the next calendar of this court and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Robert Love, Appellant. — Motion denied on condition that the appellant serve his case on appeal within five days, place it upon the next calendar of this court and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

The People of the State of New York, Respondent, v. Pasquale Scotta, Appellant. — Motion denied on condition that the appellant perfect his appeal, place the case upon the next calendar of this court and be ready for argument when reached; otherwise, motion granted. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Eugene A. Rudiger and Another, Plaintiffs, v. James S. Coleman and